UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TURN ON PRODUCTS, INC.,

                Plaintiff,               16 **CIVIL** 5594 (WHP)

      -against-                 **JUDGMENT**

FULL CIRCLE TRENDS, INC.,
                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 17, 2020, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
       March 18, 2020

                                          **RUBY J. KRAJICK**
                                          _____
                                          **Clerk of Court**
            **BY:**
                                          _____
                                          **Deputy Clerk**